UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | | |
|---|---|---|
| BRANDON DANIELS, | ) | NO. CV 15-1477-SVW (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| STU SHERMAN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 29, 2016.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE